UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DEREK BENNETT,

                Plaintiff,

      -against-

ALBEE DEVELOPMENT LLC and
ALAMO CITY POINT BUYER, LLC,

                Defendants.
------------------------------------------------------------------X

Case 1:23-cv-09504-RPK-MMH

**STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned and pursuant to Local Civil Rule 1.4, that OBERMAYER REBMANN MAXWELL & HIPPEL LLP ("Incoming Attorneys") are substituted as attorneys of record for Defendant ALAMO CITY POINT BUYER, LLC ("Alamo") in this case in place and stead of GORDON REES SCULLY MANSUKHANI, LLP ("Outgoing Attorneys") as of the date hereof. All further correspondence, pleadings, and papers are to be served upon Incoming Attorneys, as counsel for Alamo.

Dated: New York, New York
       January 21, 2025

OBERMAYER REBMANN
MAXWELL & HIPPEL LLP

By: /s/ Dove A.E. Burns
Dove A.E. Burns
60 East 42nd Street, 40th Floor
New York, NY 10165
(917) 994-2544
dove.burns@obermayer.com

*Incoming Attorneys*

Dated: New York, New York
       January 21, 2025

GORDON REES
SCULLY MANSUKHANI, LLP

By: */s/ David J. Grech*
David J. Grech
1 Battery Park Plaza, 28th Floor
New York, NY 10004
(212) 269-5500
dgrech@grsm.com

*Outgoing Attorneys*

Approved by Client:

ALAMO CITY POINT BUYER, LLC

_____
Name: Dana Pearson
Title: CFO
Date: 01/22/2025

SO ORDERED:

_____

# Bennett v Alamo Sub of Counsel

Final Audit Report                                                                                           2025-01-22

| | |
|---|---|
| Created: | 2025-01-22 |
| By: | Kayla Brown (kayla.brown@drafthouse.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA9wR--OjCx8c4dUrF6eKwjlOVtH4vwkCA |

## "Bennett v Alamo Sub of Counsel" History

📄 Document created by Kayla Brown (kayla.brown@drafthouse.com)
2025-01-22 - 8:15:12 PM GMT

✉️ Document emailed to Dana Pearson (dana.pearson@drafthouse.com) for signature
2025-01-22 - 8:15:38 PM GMT

📄 Email viewed by Dana Pearson (dana.pearson@drafthouse.com)
2025-01-22 - 8:25:20 PM GMT

✍️ Document e-signed by Dana Pearson (dana.pearson@drafthouse.com)
Signature Date: 2025-01-22 - 8:26:47 PM GMT - Time Source: server

✅ Agreement completed.
2025-01-22 - 8:26:47 PM GMT

**Adobe Acrobat Sign**