DAVID J GRECH
DGRECH@GRSM.COM



ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM

January 23, 2025

**VIA ECF**
The Honorable Marcia M. Henry, U.S.M.J.
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: *Derek Bennett v. Albee Development LLC and Alamo City Point Buyer, LLC*
      Case No. 1:23-cv-09504-RPK-MMH

Dear Judge Henry:

  We are currently the attorneys of record for defendant Alamo City Point Buyer, LLC ("Defendant Alamo") in this case, and we write with the consent of all parties to respectfully request an adjournment of the video settlement conference scheduled for January 30, 2025 before Your Honor.

  Yesterday, we filed with the Court a motion to substitute attorneys for Defendant Alamo, in the form of a stipulation and proposed Order of substitution of counsel, signed on behalf of Defendant Alamo, incoming counsel, and our office, pursuant to Local Civil Rule 1.4 (ECF Doc. 32). While that motion remains pending and to preserve the rights of Defendant Alamo in this case, we conferred with counsel for plaintiff Derek Bennett and counsel for co-defendant, Albee Development LLC, about adjourning the settlement conference, and they consent to Defendant Alamo's instant request.

  This is the first request to adjourn the settlement conference. The adjournment is requested to allow time for (should the motion to substitute attorneys be granted) incoming counsel, Obermayer Rebmann Maxwell & Hippel LLP, to prepare so that the parties can conduct a productive settlement conference. Thus, Defendant Alamo respectfully requests that the video settlement conference be adjourned for thirty (30) days to a date available to the Court and that the attendant deadlines for pre-settlement conference exchanges among the parties and submissions to the Court be likewise adjourned. We are available at the Court's convenience should it have any questions about this request.

            Respectfully submitted,

            */s/ David J. Grech*

To: All Counsel of Record (*via* ECF)
   Obermayer Rebmann Maxwell & Hippel LLP (*via* email)