# KAUFMAN | DOLOWICH

Kaufman Dolowich LLP
40 Exchange Place, 20th Floor
New York, NY 06510

Telephone: 203.293.7085

www.kaufmandolowich.com

**Stacey L. Pitcher**
stacey.pitcher@kaufmandolowich.com

March 13, 2026

**VIA ECF**
The Honorable Marcia M. Henry, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

     Re:    *Derek Bennett v. Albee Development LLC and Alamo City Point Buyer, LLC*
            Case No.: 1:23-cv-09504-RPK-MMH

Dear Judge Henry:

I represent Defendant Alamo City Point Buyer, LLC ("Alamo") in the above-referenced action. The parties respectfully submit this joint status update in accordance with the ECF Order dated February 11, 2026.

Since the settlement conference before Your Honor on February 10th, the parties have been diligently working to prepare and finalize the settlement agreement and have a working draft, which has gone through a number of revisions. Additional time is needed to complete the final revisions.

Under the contemplated terms of the agreement, Alamo will have 30 days from the execution of the settlement agreement to remit payment. Accordingly, the timing of the settlement payment necessarily impacts the ability to timely comply with the deadline for filing the stipulation of dismissal.

Thus, the parties request that the deadline for the parties to file a stipulation of dismissal or a joint status report be extended from March 13, 2026 to April 24, 2026.

New York | Pennsylvania | New Jersey | San Francisco | Los Angeles | Florida | Chicago

We thank the Court for its consideration of this request.

Respectfully submitted,

_Stacey Pitcher_

_____

Stacey L. Pitcher


cc:      All Counsel of Record (via ECF)