UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------- x

DEREK BENNETT,

                         Plaintiff,

               v.

ALBEE DEVELOPMENT LLC AND ALAMO CITY POINT
BUYER, LLC,

                         Defendants.

-------------------------------------------------------------------------- x

**Case No. 1:23-cv-09504-RPK-MMH**

**STIPULATION OF
VOLUNTARY DISMISSAL
PURSUANT TO
FED. R.CIV. P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,

attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule

41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or could have been

asserted in the above-captioned action are hereby voluntarily dismissed with prejudice and without

costs, fees, or expenses to any party as against the other.

Dated: ~~March~~ June 10 __, 2026

**HANSKI PARTNERS LLC**

By:_____
    Robert G. Hanski, Esq.
    *Attorneys for Plaintiff*
    4 International Dr, Ste 110
    Rye Brook, New York 10573
    (212) 248-7400
    rgh@disabilityrightsny.com

**JACKSON LEWIS P.C.**

By:_____
    Joseph J. Lynett, Esq.
    *Attorneys for Defendant Albee Development
    LLC*
    666 Third Avenue
    New York, New York 10017
    (212) 545-4000
    joseph.lynett@jacksonlewis.com

**KAUFMAN DOLOWICH LLP**

By:_____
    Stacey L. Pitcher, Esq
    *Attorneys for Defendant Alamo City Point
    Buyer, LLC*
    1 Battery Park Plaza, 11th Floor

New York, New York 10004
(203) 293-7085
stacey.pitcher@kaufmandolowich.com